# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0995. GWENDOLYN PATRICIA AUSTIN v. JONATHAN QUERISMA.

Jonathan Querisma, a former tenant of Gwendolyn Patricia Austin, sued Austin seeking to recover damages for personal property that Austin allegedly damaged or disposed of. Following a bench trial, the court found in favor of Querisma and entered a judgment against Austin for $5,000. Austin then filed this direct appeal. We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional," *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173 (1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/12/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*